LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCEast@HubsLaw.com

Attorneys for Plaintiff

GARY LOGAN, SBN 90558
KLEIN, DENATALE, GOLDNER, COOPER,
  ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, CA 93389-1172
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
Email: glogan@kleinlaw.com

Attorneys for Defendants

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN,<br><br>　　Plaintiff,<br><br>　vs.<br><br>DONALD F. MACIEL dba FASTRIP FOOD STORE; FASTRIP OIL CO.,<br><br>　　Defendants.<br>_____/ | Case No. 2:12-cv-02676-WBS-CMK<br><br>**JOINT STIPULATION FOR DISMISSAL and ORDER THEREON** |

TO THE COURT AND ALL PARTIES:

Plaintiff, BRENDA PICKERN, and defendants, DONALD F. MACIEL dba FASTRIP FOOD STORE; and FASTRIP OIL CO., stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated:  September 16, 2013            DISABLED ADVOCACY GROUP, APLC


                                       /s/   Lynn Hubbard                /
                                      LYNN HUBBARD III
                                      Attorney for Plaintiff


Dated:  September 16, 2013            KLEIN, DENATALE, GOLDNER,
                                      COOPER, ROSENLIEB & KIMBALL, LLP


                                       /s/   Gary Logan                  /
                                      GARY LOGAN
                                      Attorney for Defendants


## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:12-cv-02676-WBS-CMK, is hereby dismissed with prejudice in its entirety.

Dated:  September 17, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE